## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 06-10166-PJW |
| | : | (Jointly Administered) |
| WORLD HEALTH | : | |
| ALTERNATIVES, INC., et al., | : | Chapter 7 |
| | : | |
| Debtors. | : | |
| GEORGE L. MILLER, | : | Adversary No. 07-51350 (PJW) |
| Chapter 7 Trustee for WORLD HEALTH | : | |
| ALTERNATIVES, INC., et al., | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD E. MCDONALD, MARC ROUP, | : | |
| JOHN C. SERCU, BRUCE HAYDEN, | : | |
| FREDERICK R. JACKSON, SR., JOHN W. | : | |
| HIGBEE, BRIAN T. LICASTRO, MARK B. | : | |
| and DEANA SERUGA | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT LICASTRO'S MOTION TO WITHDRAW THE REFERENCE

Brian T. Licastro ("Licastro"), one of the defendants in the above-captioned adversary

proceeding, hereby moves for entry of an order withdrawing the reference to the United States

Bankruptcy Court for the District of Delaware of the remaining claims asserted against him.

Concurrently with this Motion, Licastro respectfully submits his Opening Brief in

support of the Motion.

Dated: June 17, 2008

**BLANK ROME LLP**

*Michael DeBaecke*
_____
Michael D. DeBaecke (DE No. 3186)
1201 Market Street
Suite 800
Wilmington, DE   19801
(302) 425-6400

and

Norman E. Greenspan
One Logan Square
Philadelphia, PA   19103
(215) 569-5500

*Attorneys for Defendant*
*Brian T. Licastro*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 06-10166-PJW |
| | : | (Jointly Administered) |
| WORLD HEALTH | : | |
| ALTERNATIVES, INC., et al., | : | Chapter 7 |
| | : | |
| Debtors. | : | |
| GEORGE L. MILLER, | : | Adversary No. 07-51350 (PJW) |
| Chapter 7 Trustee for WORLD HEALTH | : | |
| ALTERNATIVES, INC., et al., | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD E. MCDONALD, MARC ROUP, | : | |
| JOHN C. SERCU, BRUCE HAYDEN, | : | |
| FREDERICK R. JACKSON, SR., JOHN W. | : | |
| HIGBEE, BRIAN T. LICASTRO, MARK B. | : | |
| and DEANA SERUGA | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING DEFENDANT LICASTRO'S MOTION TO WITHDRAW THE REFERENCE

Upon the motion of Brian T. Licastro to withdraw the reference of the remaining claims

asserted against him in the above-captioned adversary proceeding (the "Motion") and the

briefing in support thereof, and upon consideration of any response in opposition thereto; and the

Court having found that good cause exists pursuant to 28 U.S.C. §157(d) in support of the relief

requested by the Motion;

IT IS HERBY ORDERED that:

1.      The Motion is granted.

125751.00601/40175003v.1

2.      The order of reference with respect to the remaining claims asserted against

Licastro is hereby withdrawn, effective as of _____.


Dated: _____, 2008          _____
                                  United States District Court Judge

125751.00601/40175003v.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:    July 30, 2008

To:    Clerk of Court
U.S. District Court
District of Delaware
Wilmington, DE 19801

Re:    Bankruptcy Case No. 06-10166, Adversary Proceeding 07-51350

On 6/17/2008, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case. Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

*M. E. Behornar*

M. E. Behornar, Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____day of ____2003.

By:_____
Deputy Clerk

_____
Supervisor

F:\FORMS\TRANSMIT.WPD

MTRUNADV, NONPREF

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Adversary Proceeding #: 07-51350-PJW
#### Internal Use Only

*Assigned to:* Peter J. Walsh                          *Date Filed:* 05/21/07
*Related BK Case:* 06-10166
*Related BK Title:* World Health Alternatives, Inc.
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:*  72  Injunctive relief - other

        14  Recovery of money/property - other

        12  Recovery of money/property - 547 preference

        13  Recovery of money/property - 548 fraudulent transfer

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT
BY: *M. E. Behornar* 7/30/08
Deputy Clerk

## Plaintiff
----------------------

**George L. Miller**                          represented by **Carl D. Neff**
8 Penn Center                                               Fox Rothschild LLP
1628 John F. Kennedy Boulevard                              Citizens Bank Center
Suite 950                                                   Suite 1300
Philadelphia, PA 19103                                      919 North Market Street, PO BOX 2323
                                                            Wilmington, DE 19899-2323
                                                            302-622-4210
                                                            Fax : 302-656-8920
                                                            Email: cneff@foxrothschild.com

                                                            **Daniel K. Astin**
                                                            Fox Rothschild LLP
                                                            Citizens Bank Center, Suite 1300
                                                            919 North Market Street
                                                            Wilmington, DE 19899
                                                            302-622-4212
                                                            Fax : 302-656-8920
                                                            Email: dastin@foxrothschild.com

                                                            **Francis G.X. Pileggi**
                                                            Fox Rothschild, LLP
                                                            919 N. Market Street
                                                            Suite 1300
                                                            Wilmington, DE 19801-3046
                                                            Email: fpileggi@foxrothschild.com
                                                            *LEAD ATTORNEY*

**Scott Thomas Earle**
Fox Rothchild LLP
919 N. Market Street
Wilmington, DE 19801
usa
302-622-4215
Fax : 302-656-8920
Email: searle@frof.com

**Seth A. Niederman**
Fox Rothschild LLP
919 North Market Street
Suite 1300
P.O. Box 2323
Wilmington, DE 19899
302-622-4238
Fax : 302-656-8920
Email: sniederman@foxrothschild.com

**Sheldon K. Rennie**
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: bankruptcy@frof.com

**Sheldon K. Rennie**
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: srennie@foxrothschild.com
*LEAD ATTORNEY*

V.

**Defendant**
------------------------

**Richard E. McDonald**                represented by **Kathleen Campbell Davis**
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
302-426-1900
Fax : 302-426-9947
Email: kdavis@camlev.com

**Kathryn Schulhaus Keller**
Campbell & Levine, LLC

800 North King Street
Suite 300
Wilmington, DE 19801
302-426-1900
Fax : 302-426-9947
Email: kkeller@camlev.com

**Kenneth L. Dorsney**
Campbell & Levine, LLP
800 N. King Street, Suite 300
Wilmington, DE 19801
302-426-1900
Fax : 302-426-9947
Email: kdorsney@camlev.com

**Marc Roup**
*TERMINATED: 05/12/2008*

represented by **Kathleen M. Miller**
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
usa
302 652-8400
Fax : 302-652-8405
Email: kmiller@skfdelaware.com

**John C. Sercu**
*TERMINATED: 05/12/2008*

represented by **Donna L. Harris**
Pinckney & Harris, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801
302-504-1499 - Direct
Fax : 302-655-5213
Email: dharris@php-law.com

**Richard H. Cross, Jr.**
Cross & Simon, LLC
913 North Market Street
11th Floor
PO Box 1380
Wilmington, DE 19899-1380
302-777-4200
Fax : 302-777-4224
Email: rcross@crosslaw.com
*TERMINATED: 09/04/2007*
*LEAD ATTORNEY*

**Bruce Hayden**
*TERMINATED: 05/20/2008*

represented by **Christopher M. Samis**
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801
302-651-7700
Fax : 302-651-7701
Email: samis@rlf.com

                                      **Robert J. Stearn Jr.**
Richards, Layton & Finger, P. A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
usa
302-651-7700
Fax : 302-651-7701
Email: stearn@rlf.com

**Frederick R. Jackson, Sr.**       represented by **Frederick R. Jackson, Sr.**
PRO SE

                                        **Mary Caloway**
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801
usa
302-552-4209
Fax : 302-552-4295
Email: mary.caloway@bipc.com
*TERMINATED: 06/20/2008*

**John W. Higbee**              represented by **Mary Caloway**
*TERMINATED: 05/12/2008*                 Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801
usa
302-552-4209
Fax : 302-552-4295
Email: mary.caloway@bipc.com

**Brian T. Licastro**                represented by **Evan H. Lechtman**
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
215-569-5500
*LEAD ATTORNEY*

                                        **Michael David Debaecke**
Blank RomeLLP
1201 Market St.
Suite 800
Wilmington, DE 19899
usa
(302) 425-6400
Fax : (302) 425-6464
Email: debaecke@blankrome.com

                                        **Norman E. Greenspan**
Blank Rome Comisky & McCauley LLP

|  |  |
|---|---|
|  | One Logan Square |
|  | Philadelphia, PA 19103-6998 |
|  | (215) 569-5500 |
|  | *LEAD ATTORNEY* |
| **Mark B. Rinder** | represented by **William F. Taylor, Jr.** |
|  | McCarter & English LLP |
|  | Renaissance Centre |
|  | 405 North King Street, 8th Floor |
|  | Wilmington, DE 19801 |
|  | usa |
|  | 302-984-6300 |
|  | Fax : 302-984-6399 |
|  | Email: bankdel@comcast.net |
| **Berger & Montague, P.C.**<br>*TERMINATED: 10/05/2007* | represented by **William J. Burnett** |
|  | Flaster Greenberg |
|  | Eight Penn Center |
|  | 1628 JFK Blvd., 15th Floor |
|  | Philadelphia, PA 19103 |
|  | 215-279-9385 |
|  | Fax : 215-279-9394 |
|  | Email: |
|  | william.burnett@flastergreenberg.com |
| **Deanna Seruga** | represented by **Lisa Cresci McLaughlin** |
|  | Phillips, Goldman & Spence |
|  | 1200 N. Broom Street |
|  | Wilmington, DE 19806 |
|  | usa |
|  | 302-655-4200 |
|  | Fax : 302-655-4210 |
|  | Email: lcm@pgslaw.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/21/2007 | ●1 | Adversary case 07-51350. Complaint by George L. Miller against Richard E. McDonald, Marc Roup, John C. Sercu, Bruce Hayden, Frederick R. Jackson Sr., John W. Higbee, Brian T. Licastro, Mark B. Rinder, Berger & Montague, P.C.. Fee Amount $250 (72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)). AP Summons Served due date: 9/18/2007. (Attachments: # (1) Adversary Proceeding Cover Sheet) (Pileggi, Francis) (Entered: 05/21/2007) |
| 05/21/2007 | ●2 | Summons and Notice of Pretrial Conference Served on Defendants Berger & Montague, P.C., Bruce Hayden, John W. Higbee, Frederick R. Jackson Sr., Brian T. Licastro, Richard E. McDonald, Mark B. Rinder, Marc Roup, John C. Sercu. (related document1 ) Pretrial |

| | | |
|---|---|---|
| | | Conference set for 7/12/2007 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Answer due date: 6/20/2007. (Attachments: # 1 Exhibit Notice of ADR) (SDJ, ) (Entered: 05/21/2007) |
| 05/22/2007 | 3 | Receipt of filing fee for Complaint(07-51350-PJW) [cmp,cmp] ( 250.00). Receipt Number Exempt, amount $ 250.00. (CLO) (Entered: 05/22/2007) |
| 05/23/2007 | 4 | Motion to Appear pro hac vice *of Samuel H. Israel*. Receipt Number 147642, Filed by George L. Miller. (Rennie, Sheldon) Correct Image added on 5/24/2007 (ALC, ). (Entered: 05/23/2007) |
| 05/23/2007 | 5 | Motion to Appear pro hac vice *of William H. Stassen, Esquire*. Receipt Number 147643, Filed by George L. Miller. (Rennie, Sheldon) Correct Image added on 5/24/2007 (ALC, ). (Entered: 05/23/2007) |
| 05/24/2007 | 6 | Scheduling Order For Motion for Preliminary Injunction. Signed on 5/24/2007. (LCN, ) (Entered: 05/24/2007) |
| 05/25/2007 | 7 | Affidavit/Declaration of Service *Regarding Scheduling Order For Motion for Preliminary Injunction* (related document(s)6 ) Filed by Fox Rothschild LLP. (Rennie, Sheldon) (Entered: 05/25/2007) |
| 05/29/2007 | 8 | Order Granting Motion for Admission pro hac vice of (Samuel H. Israel, Esq.) (Related Doc # 4) Order Signed on 5/24/2007. (JSJ, ) Modified on 6/1/2007 to correct spelling error(DSC, ). (Entered: 05/29/2007) |
| 05/29/2007 | 9 | Order Granting Motion for Admission pro hac vice (William H. Stassen, Esq.) (Related Doc # 5) Order Signed on 5/24/2007. (JSJ, ) (Entered: 05/29/2007) |
| 06/01/2007 | 10 | Notice of Appearance in Adversary Proceeding *and Request for Service of Papers* Filed by Berger & Montague, P.C. (Burnett, William) (Entered: 06/01/2007) |
| 06/04/2007 | 11 | Motion to Appear pro hac vice *of Traci S. Rea, Esquire*. Receipt Number 147747, Filed by Richard E. McDonald. (Davis, Kathleen) (Entered: 06/04/2007) |
| 06/04/2007 | 12 | Objection to *Certain Director And Officer Defendants' Memorandum Of Law In Opposition To The Motion Of George L. Miller As Chapter 7 Trustee Of The Estate Of World Health Alternatives, Inc. For Preliminary Injunction And To Enforce Automatic Stay* (related document(s)1 ) Filed by Richard E. McDonald (Attachments: # 1 |

| | | |
|---|---|---|
| | | Certificate of Service # 2 Service List) (Davis, Kathleen) (Entered: 06/04/2007) |
| 06/04/2007 | ◑13 | Supplemental Certificate of Service (related document(s)12 ) Filed by Richard E. McDonald. (Attachments: # 1 Service List) (Davis, Kathleen) (Entered: 06/04/2007) |
| 06/05/2007 | ◑14 | Notice of Agenda of Matters Scheduled for Hearing *on June 7, 2007 at 2:00 P.M.* Filed by George L. Miller. Hearing scheduled for 6/7/2007 at 02:00 PM at US District Court, 844 King St., Courtroom #2B, Wilmington, Delaware. (Rennie, Sheldon) (Entered: 06/05/2007) |
| 06/05/2007 | ◑15 | Motion to Appear pro hac vice . Receipt Number 147760, Filed by Berger & Montague, P.C.. (Burnett, William) (Entered: 06/05/2007) |
| 06/06/2007 | ◑16 | Affidavit/Declaration of Service *Regarding Notice of Agenda of Matters Scheduled for Hearing on June 7, 2007 at 2:00 P.M.* (related document(s)14 ) Filed by George L. Miller. (Rennie, Sheldon) (Entered: 06/06/2007) |
| 06/06/2007 | ◑17 | Reply Brief *in Support of Trustee's Motion for a Preliminary Injunction and to Enforce the Automatic Stay (Refer to Docket #775 in Lead Case #06-10166)* Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Certificate of Service) (Rennie, Sheldon) (Entered: 06/06/2007) |
| 06/07/2007 | ◑18 | Amended Notice of Agenda of Matters Scheduled for Hearing *on June 7, 2007 at 2:00 P.M.* (related document(s)14 ) Filed by George L. Miller Hearing scheduled for 6/7/2007 at 02:00 PM at US District Court, 844 King St., Courtroom #2B, Wilmington, Delaware. (Rennie, Sheldon) (Entered: 06/07/2007) |
| 06/07/2007 | ◑19 | Affidavit/Declaration of Service *Regarding Amended Notice of Agenda of Matters Scheduled for Hearing on June 7, 2007 at 2:00 P.M.* (related document(s)18 ) Filed by George L. Miller. (Rennie, Sheldon) (Entered: 06/07/2007) |
| 06/07/2007 | ◑20 | **Minutes of Hearing held on: 06/07/2007** **Subject:** Preliminary Injunction Hearing and Preliminary Injunction. (vCal Hearing ID (45080)). (SS, ) Additional attachment(s) added on 6/7/2007 (SS, ). (Entered: 06/07/2007) |
| 06/08/2007 | ◑21 | Opinion DENYING Trustee's Motion for Preliminary Injunction (See Main Case Dkt #775)(LJS, ) (Entered: 06/08/2007) |
| | | |

| 06/08/2007 | 22 | Order DENYING Trustee's Motion for Preliminary Injunction (Order Signed on 6/8/2007. (See Main Case Dkt #775) (LJS, ) (Entered: 06/08/2007) |
|---|---|---|
| 06/08/2007 | 23 | Order Granting Motion To Appear pro hac vice of Traci S. Rae, Esquire. (Related Doc # 11) Order Signed on 6/7/2007. (MJY, ) (Entered: 06/08/2007) |
| 06/21/2007 | 24 | Answer to Complaint (related document(s)1 ) Filed by Berger & Montague, P.C. (Attachments: # 1 Certificate of Service)(Burnett, William) (Entered: 06/21/2007) |
| 06/25/2007 | 25 | Certification of Counsel *re: Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* Filed by Bruce Hayden. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Certificate of Service and Service List) (Stearn Jr., Robert) (Entered: 06/25/2007) |
| 06/26/2007 | 26 | Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint (related document(s)25 ) Order Signed on 6/25/2007. (JRH, ) (Entered: 06/26/2007) |
| 06/28/2007 | 27 | Affidavit/Declaration of Service *of Heidi L. Parker re: Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* (related document(s)26 ) Filed by Bruce Hayden. (Stearn Jr., Robert) (Entered: 06/28/2007) |
| 06/29/2007 | 28 | Affidavit/Declaration of Service (related document(s)2, 1 ) Filed by George L. Miller. (Attachments: # 1 Service List) (Rennie, Sheldon) (Entered: 06/29/2007) |
| 07/09/2007 | 29 | Answer to Complaint *and Affirmative Defenses* (related document(s) 1 ), Answer to Complaint (related document(s)1 ) Filed by John W. Higbee, Frederick R. Jackson Sr. (Attachments: # 1 Certificate of Service)(Caloway, Mary) (Entered: 07/09/2007) |
| 07/09/2007 | 30 | Certification of Counsel Filed by Marc Roup. (Attachments: # 1 Exhibit Exhibits 1 and 2# 2 Certificate of Service) (Miller, Kathleen) (Entered: 07/09/2007) |
| 07/10/2007 | 31 | Notice of Agenda of Matters Scheduled for Hearing Filed by George L. Miller. Hearing scheduled for 7/12/2007 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 07/10/2007) |

| 07/10/2007 | ●32 | Status Report *for Adversary Proceeding before the Honorable Peter J. Walsh* Filed by George L. Miller. (Rennie, Sheldon) (Entered: 07/10/2007) |
| 07/11/2007 | ●33 | Order Approving Stipulation Extending Time for Defendant Marc Roup to Respond to Complaint. (related document(s)30 ) Order Signed on 7/10/2007. (Attachments: # 1 Stipulation) (LCN, ) (Entered: 07/11/2007) |
| 07/11/2007 | ●34 | Answer to Complaint *Answer of Marc Roup* (related document(s)1 ) Filed by Marc Roup (Attachments: # 1 Certificate of Service)(Miller, Kathleen) (Entered: 07/11/2007) |
| 07/11/2007 | ●35 | Supplemental Certificate of Service *Re Notice of Agenda of Matters Scheduled for Hearing on July 12, 2007 at 2:30 p.m.* (related document(s)31 ) Filed by George L. Miller. (Rennie, Sheldon) (Entered: 07/11/2007) |
| 07/11/2007 | ●36 | Certification of Counsel (related document(s)2 ) Filed by George L. Miller. (Attachments: # 1 Exhibit "A" - Stipulation# 2 Exhibit "B" - Proposed Order) (Rennie, Sheldon) (Entered: 07/11/2007) |
| 07/12/2007 | | Deadline(s) Set/Reset/Satisfied - MedDue deadline terminated (related document(s)29, 34, 24 ) (LJS, ) (Entered: 07/12/2007) |
| 07/12/2007 | ●37 | Motion to Appear pro hac vice *Pursuant to Local District Court Rule 83.5 (William E. Donnelly).* Receipt Number 148156, Filed by Bruce Hayden. (Attachments: # 1 Certificate of Service) (Samis, Christopher) (Entered: 07/12/2007) |
| 07/12/2007 | ●38 | Answer to Complaint Filed by Richard E. McDonald (Attachments: # 1 Certificate of Service)(Keller, Kathryn) (Entered: 07/12/2007) |
| 07/12/2007 | ●40 | **Minutes of Hearing held on: 07/12/2007** **Subject:** PRETRIAL CONFERENCE and MOTION FOR RELIEF FROM STAY. FILED BY LANDMARK AMERICAN INSURANCE CO.. -moved from 6/21/07. (vCal Hearing ID (46250)). (related document(s) 1) (LJJ, ) Additional attachment(s) added on 7/13/2007 (LJJ, ). (Entered: 07/13/2007) |
| 07/13/2007 | ●39 | Order Approving Stipulation To Extend Time To Respond To Complaint. (related document(s)36 ) Order Signed on 7/12/2007. (LCN, ) (Entered: 07/13/2007) |
| 07/13/2007 | ●41 | Order Granting Motion for Admission pro hac vice of William E. Donnelly. (Related Doc # 37) Order Signed on 7/12/2007. (LCN, ) (Entered: 07/13/2007) |

| 07/13/2007 | ●42 | Scheduling Order (STIPULATED). Pretrial Conference set for 8/14/2008 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Signed on 7/12/2007. (LCN, ) (Entered: 07/13/2007) |
| 07/13/2007 | ●43 | Letter from LabCorp stating they cannot accept service for Mr. Bruce Hayden and that LabCorp is not a party to this action(no attachments received with letter) Filed by LabCorp . (MEB, ) (Entered: 07/16/2007) |
| 07/17/2007 | ●44 | Certification of Counsel *Regarding Stipulation to Extend Time to Respond to Complaint By and Between Plaintiff and Brian T. Licastro, Defendant* Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Rennie, Sheldon) (Entered: 07/17/2007) |
| 07/18/2007 | ●45 | Affidavit/Declaration of Service *of Stipulated Scheduling Order* (related document(s)42 ) Filed by George L. Miller. (Rennie, Sheldon) (Entered: 07/18/2007) |
| 07/18/2007 | ●46 | Order Approving Stipulation Extending Time For Defendant Brian T. Licastro To Respond To Complaint (related document(s)44 ) Order Signed on 7/18/2007. (ALC, ) (Entered: 07/18/2007) |
| 07/18/2007 | ●47 | Certification of Counsel Filed by Bruce Hayden. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Samis, Christopher) (Entered: 07/18/2007) |
| 07/19/2007 | ●48 | Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint. (related document(s)47 ) Order Signed on 7/19/2007. (LCN, ) (Entered: 07/19/2007) |
| 07/19/2007 | ●49 | Affidavit/Declaration of Service *Re: Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* (related document(s)48 ) Filed by Bruce Hayden. (Samis, Christopher) (Entered: 07/19/2007) |
| 07/25/2007 | ●50 | Certification of Counsel *RE Order Extending Time to August 10, 2007 for Mark B.Rinder to Respond to Complaint* Filed by George L. Miller. (Attachments: # 1 Exhibit "A" - Stipulation to Extend Time to Respond# 2 Proposed Form of Order) (Rennie, Sheldon) (Entered: 07/25/2007) |
| 07/25/2007 | ●51 | Answer to Complaint (related document(s)1 ) Filed by John C. Sercu (Attachments: # 1 Certificate of Service)(Harris, Donna) (Entered: 07/25/2007) |
| 07/25/2007 | ●52 | Motion to Dismiss Adversary Proceeding */ Motion to Dismiss* |

| | | *Complaint* Filed by Brian T. Licastro. (Fatell, Bonnie) (Entered: 07/25/2007) |
|---|---|---|
| 07/25/2007 | ●53 | Memorandum of Law *in Support of Motion to Dismiss Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Bankruptcy Rules* (related document(s)52 ) Filed by Brian T. Licastro. (Attachments: # 1 Exhibit A) (Fatell, Bonnie) (Entered: 07/25/2007) |
| 07/26/2007 | ●54 | Memorandum of Law *(AMENDED) in Support of Motion to Dismiss Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Bankruptcy Rules* (related document(s)53, 52 ) Filed by Brian T. Licastro. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Fatell, Bonnie) (Entered: 07/26/2007) |
| 07/27/2007 | ●55 | Order Approving Stipulation Extending Time for Defendant Mark B. Rinder to Respond to Complaint. (related document(s)50 ) Order Signed on 7/26/2007. (LCN, ) (Entered: 07/27/2007) |
| 08/01/2007 | | Deadline(s) Set/Reset/Satisfied - MEDDue date terminated (related document(s)51, 38 ) (MEB, ) (Entered: 08/01/2007) |
| 08/06/2007 | ●56 | Certification of Counsel *Regarding Stipulation with Brian T. Licastro* (related document(s)2, 1 ) Filed by George L. Miller. (Attachments: # 1 Exhibit "A" - Stipulation# 2 Proposed Form of Order) (Rennie, Sheldon) (Entered: 08/06/2007) |
| 08/08/2007 | ●57 | Order Approving Stipulation Extending Time for George L. Miller, Chapter 7 Trustee, to Respond to Motion to Dismiss. (related document(s)56 ) Order Signed on 8/7/2007. (Attachments: # 1 Exhibit A) (LCN, ) (Entered: 08/08/2007) |
| 08/10/2007 | ●58 | Certification of Counsel *Regarding Stipulation Extending Response Deadline for Defendant Marc B. Rinder Until September 5, 2007* (related document(s)2, 1 ) Filed by George L. Miller. (Attachments: # 1 Exhibit "A" - Stipulation# 2 Proposed Form of Order) (Rennie, Sheldon) (Entered: 08/10/2007) |
| 08/10/2007 | ●59 | Certification of Counsel *Regarding Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* Filed by Bruce Hayden. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Samis, Christopher) (Entered: 08/10/2007) |
| 08/14/2007 | ●60 | Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint. (related document(s)59 ) Order Signed on 8/13/2007. (LCN, ) (Entered: 08/14/2007) |

| 08/16/2007 | ●61 | Order Approving Stipulation Extending Time for Defendant Mark B. Rinder to Respond to Complaint. (related document(s)58 ) Order Signed on 8/16/2007. (LCN, ) (Entered: 08/16/2007) |
| 08/16/2007 | ●62 | Affidavit/Declaration of Service *of Rebecca V. Speaker re: Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* (related document(s)60 ) Filed by Bruce Hayden. (Samis, Christopher) (Entered: 08/16/2007) |
| 08/24/2007 | ●63 | Status Report *for Adversary Proceeding before The Honorable Peter J. Walsh* Filed by George L. Miller. (Rennie, Sheldon) (Entered: 08/24/2007) |
| 09/04/2007 | ●64 | Notice of Service *of Defendant's Initial Disclosures* Filed by John W. Higbee, Frederick R. Jackson Sr. (Caloway, Mary) (Entered: 09/04/2007) |
| 09/04/2007 | ●65 | Notice of Service of Discovery *of Initial Disclosures* Filed by John C. Sercu (Harris, Donna) (Entered: 09/04/2007) |
| 09/04/2007 | ●66 | Notice of Service *of Plaintiff's Initial Disclosure* Filed by George L. Miller. (Attachments: # (1) Certificate of Service of Notice of Service of Plaintiff's Initial Disclosure) (Rennie, Sheldon) Additional attachment(s) added on 9/4/2007 (SDJ, ). Additional attachment(s) added on 9/4/2007 (SDJ, ). (Entered: 09/04/2007) |
| 09/04/2007 | ●67 | Notice To Substitute Attorney Filed by John C. Sercu. (Harris, Donna) (Entered: 09/04/2007) |
| 09/05/2007 | ●68 | Notice of Service *of the Defendant Richard E. McDonald's Initial Discovery Disclosures* Filed by Richard E. McDonald (Davis, Kathleen) (Entered: 09/05/2007) |
| 09/05/2007 | ●69 | Certification of Counsel *Regarding Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* Filed by Bruce Hayden. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Samis, Christopher) (Entered: 09/05/2007) |
| 09/07/2007 | ●70 | Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint. (related document(s)69 ) Order Signed on 9/6/2007. (LCN, ) (Entered: 09/07/2007) |
| 09/07/2007 | ●71 | Affidavit/Declaration of Service *of Rebecca V. Speaker re: Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* (related |

| | | |
|---|---|---|
| | | document(s)70 ) Filed by Bruce Hayden. (Samis, Christopher) (Entered: 09/07/2007) |
| 09/10/2007 | ●72 | Notice of Service Filed by Berger & Montague, P.C.. (Burnett, William) (Entered: 09/10/2007) |
| 09/14/2007 | ●73 | Notice of Service *Initial Disclosures of Marc Roup* Filed by Marc Roup (Attachments: # 1 Certificate of Service) (Miller, Kathleen) (Entered: 09/14/2007) |
| 09/17/2007 | ●74 | Motion to Dismiss Party: *Motion to Dismiss Nominal Defendant Berger & Montague, P.C.* Filed by Berger & Montague, P.C.. (Attachments: # 1 Proposed Form of Order) (Burnett, William) (Entered: 09/17/2007) |
| 09/17/2007 | ●75 | Memorandum of Law *in Support of Motion to Dismiss Nominal Defendant Berger & Montague, P.C.* (related document(s)74 ) Filed by Berger & Montague, P.C.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Burnett, William) (Entered: 09/17/2007) |
| 09/17/2007 | ●76 | Certificate of Service (related document(s)75, 74 ) Filed by Berger & Montague, P.C.. (Burnett, William) (Entered: 09/17/2007) |
| 09/18/2007 | | Internal Notation: Attorney contacted by email re docket 75 not being in compliance with District Court Rule 7.1.3(c)(1). Advised to file amended memorandum to comply with rule. (related document(s)75 ) (MEB, ) (Entered: 09/18/2007) |
| 09/18/2007 | | Internal Notation: email response from Mr. Burnett 9/18/07, 11:27 a.m.Correction will be made. (related document(s)75 ) (MEB, ) (Entered: 09/18/2007) |
| 09/19/2007 | ●77 | Memorandum of Law *Amended Memorandum of Law in Support of Motion to Dismiss Nominal Defendant Berger & Montague, P.C.* (related document(s)74 ) Filed by Berger & Montague, P.C.. (Attachments: # 1 Declaration 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Certificate of Service) (Burnett, William) (Entered: 09/19/2007) |
| 09/21/2007 | ●78 | Certification of Counsel *(Re: Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint)* Filed by Bruce Hayden. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Certificate of Service) (Samis, Christopher) (Entered: 09/21/2007) |
| 09/24/2007 | ●79 | Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint. |

| | | |
|---|---|---|
| | | (related document(s)78 ) Order Signed on 9/24/2007. (LCN, ) (Entered: 09/24/2007) |
| 09/26/2007 | 80 | Certification of Counsel Filed by Fox Rothschild LLP. (Attachments: # 1 Exhibit A# 2 Proposed Form of Order) (Neff, Carl) (Entered: 09/26/2007) |
| 09/28/2007 | 81 | Certification of Counsel *Regarding Notice and Stipulation of Voluntary Dismissal of Complaint as to Nominal Defendant Berger & Montague, P.C.* Filed by Fox Rothschild LLP. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Neff, Carl) (Entered: 09/28/2007) |
| 09/28/2007 | 82 | Certification of Counsel *Regarding Stipulation with Brian T. Licastro Extending Deadline by which Chapter 7 Trustee must Respond to Motion to Dismiss* Filed by Fox Rothschild LLP. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Neff, Carl) (Entered: 09/28/2007) |
| 10/01/2007 | 83 | Affidavit/Declaration of Service *of Ann Jerominski, RP Regarding Order Approving Stipulation Extending Time for Defendant Bruce Hayden to Answer or Otherwise Respond to Plaintiff's Complaint* (related document(s)79 ) Filed by Bruce Hayden. (Samis, Christopher) (Entered: 10/01/2007) |
| 10/05/2007 | 84 | Order Approving Stipulation Extending Time for George L. Miller, Chapter 7 Trustee, to Respond to Motion to Dismiss. (related document(s)82 ) Order Signed on 10/4/2007. (Attachments: # 1 Exhibit A) (LCN, ) (Entered: 10/05/2007) |
| 10/05/2007 | 85 | Order Approving Stipulation of Voluntary Dismissal of Complaint as to Defendant Berger & Montague, P.C. Without Prejudice. (related document(s)81 ) Order Signed on 10/4/2007. (LCN, ) (Entered: 10/05/2007) |
| 10/05/2007 | 86 | Order Approving Stipulation Extending Time for Defendant Mark B. Rinder to Respond to Complaint. (related document(s)80 ) Order Signed on 10/4/2007. (LCN, ) (Entered: 10/05/2007) |
| 10/08/2007 | 87 | Status Report *for Adversary Proceeding Before the Honorable Peter J. Walsh* Filed by George L. Miller. (Neff, Carl) (Entered: 10/08/2007) |
| 10/09/2007 | | Internal Notation: Deadline for Trustee, George L. Miller to Respond to Motion to Dismiss is 11/14/07 (related document(s)84 ) (SDJ, ) (Entered: 10/09/2007) |
| 10/09/2007 | | Internal Notation: Deadline for Defendant, Mark B. Rinder to Respond to Complaint is 11/14/07 (related document(s)86 ) (SDJ, ) |

| | | |
|---|---|---|
| | | (Entered: 10/09/2007) |
| 11/15/2007 | ●88 | Motion for Leave *Motion to Amend Complaint* Filed by George L. Miller (related document(s)1). Objections due by 11/26/2007. (Attachments: # 1 Exhibit A - Amended Complaint# 2 Exhibit B - Blackline Version# 3 Notice # 4 Proposed Form of Order) (Neff, Carl) (Entered: 11/15/2007) |
| 11/15/2007 | ●89 | First Amended Complaint Filed by George L. Miller (Neff, Carl) (Entered: 11/15/2007) |
| 11/19/2007 | ●90 | Affidavit/Declaration of Service *of Chapter 7 Trustee's Motion and Memorandum in Support of Motion to Amend Complaint Pursuant to Fed. R. Bank. P. 7015 and Fed. R. Civ. P. 15(A)* (related document(s) 1 ) Filed by George L. Miller. (Neff, Carl) (Entered: 11/19/2007) |
| 11/21/2007 | ●91 | Response of *Marc Roup to Trustee's Motion to Amend and Reservation of Rights* (related document(s)88 ) Filed by Marc Roup (Attachments: # 1 Certificate of Service) (Miller, Kathleen) Modified on 11/28/2007 (Marvel, Ivone). (Entered: 11/21/2007) |
| 11/21/2007 | ●92 | Status Report *AP No. 07-51350; Status A for additional Defendant added November 15, 2007; Status F for all remaining Defendants* Filed by George L. Miller. (Neff, Carl) (Entered: 11/21/2007) |
| 11/27/2007 | ●93 | Response to *Motion for Leave Motion to Amend Complaint* (related document(s)88 ) Filed by Mark B. Rinder (Taylor, William) (Entered: 11/27/2007) |
| 11/30/2007 | ●94 | Notice of Service of Discovery *Plaintiff's First Request for Production of Documents by Defendants and Plaintiff's First Set of Interrogatories to Defendants* Filed by George L. Miller (Neff, Carl) (Entered: 11/30/2007) |
| 12/05/2007 | ●95 | Summons and Notice of Pretrial Conference Served on. *Deanna Seruga* (related document89 ) Pretrial Conference set for 1/17/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Answer due date: 12/17/2007. (Attachments: # 1 ADR Notice# 2 Certificate of Service) (Neff, Carl) (Entered: 12/05/2007) |
| 12/07/2007 | ●96 | Notice of Service *of Defendant Marc Roup's First Set of Interrogatories Directed to Plaintiff George L. Miller* Filed by Marc Roup (Miller, Kathleen) (Entered: 12/07/2007) |
| 12/07/2007 | ●97 | Notice of Service *of Defendant Marc Roup's First Request for Production Directed to Plaintiff George L. Miller* Filed by Marc |

| | | Roup (Miller, Kathleen) (Entered: 12/07/2007) |
|---|---|---|
| 12/11/2007 | ●98 | DENIED Motion to Dismiss Adversary Proceeding *First Amended Complaint* (related document(s)89 ) Filed by Brian T. Licastro (related document(s)89). (Attachments: # 1 Certificate of Service) (Debaecke, Michael) Modified on 4/10/2008 (MEB, ). (Entered: 12/11/2007) |
| 12/11/2007 | ●99 | Opening Brief *in Support of Motion to Dismiss Trustee's First Amended Complaint* (related document(s)98, 89 ) Filed by Brian T. Licastro. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Debaecke, Michael) (Entered: 12/11/2007) |
| 12/11/2007 | ●100 | Compendium *of Unreported Cases Cited in Defendant Brian T. Licastro's Opening Brief in Support of Motion to Dismiss First Amended Complaint* (related document(s)98, 99, 89 ) Filed by Brian T. Licastro. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Certificate of Service) (Debaecke, Michael) (Entered: 12/11/2007) |
| 12/17/2007 | ●101 | Notice of Deposition *of Marc Roup, John W. Higbee and Frederick R. Jackson* Filed by George L. Miller (Rennie, Sheldon) (Entered: 12/17/2007) |
| 12/21/2007 | ●102 | Notice of Service *of First Set of Inetrrogatories and Requests for Production of Documents Directed to Plaintiff* Filed by John C. Sercu (Harris, Donna) (Entered: 12/21/2007) |
| 12/21/2007 | ●103 | Certification of Counsel *Regarding Responses to Chapter 7 Trustee's Motion to Amend Complaint* (related document(s)91, 93 ) Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Form of Order) (Neff, Carl) (Entered: 12/21/2007) |
| 12/26/2007 | ●104 | Answering Brief of George L. Miller, Chapter 7 Trustee, in Opposition to Brian T. Licastro's Motion to Dismiss (related document(s)52 ) Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Neff, Carl) Modified text to match docket on 12/27/2007 (SDJ, ). (Entered: 12/26/2007) |
| 12/26/2007 | ●105 | Compendium *of Unreported Cases Cited in the Trustee's Answering Brief in Opposition to Brian T. Licastro's Motion to Dismiss* (related document(s)104 ) Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Neff, Carl) (Entered: 12/26/2007) |
| | | |

| 12/27/2007 | ●106 | Motion to Extend Time *within to file a Motion or Answer and Respond to Interrogatories and Request for Production of Documents* Filed by Deanna Seruga. (Attachments: # 1 Proposed Form of Order) (SDJ, ) (Entered: 12/27/2007) |
| 12/27/2007 | ●107 | Order Granting Stipulated Motion for Extension of Time Within Which to File a Motion or Answer and Respond to Interrogatories and Request for Production of Documents. (Related Doc # 106) Order Signed on 12/27/2007. (LCN, ) (Entered: 12/27/2007) |
| 12/27/2007 | ●108 | Affidavit/Declaration of Service *of Answering Brief and Compendium of Unreported Cases* (related document(s)105, 104 ) Filed by George L. Miller. (Neff, Carl) (Entered: 12/27/2007) |
| 01/04/2008 | ●109 | Stipulation *to Extend Time for Filing Reply Brief in Support of Motion to Dismiss Amended Complaint* By Brian T. Licastro Filed by Brian T. Licastro. (Debaecke, Michael) (Entered: 01/04/2008) |
| 01/04/2008 | ●110 | Status Report *AP. No. 07-51350; Status B for Additional Defendant Added November 15, 2007; Status F for all Remaining Defendants* Filed by George L. Miller. (Neff, Carl) (Entered: 01/04/2008) |
| 01/07/2008 | ●111 | Order Approving Stipulation Resolving Defendants' Response To Plaintiff's Motion To Amend Complaint (related document(s)103 ) Order Signed on 1/7/2008. (JSJ, ) (Entered: 01/07/2008) |
| 01/08/2008 | ●112 | Order Granting Chapter 7 Trustee's Motion To Amend Complaint (Related Doc # 88,103) Order Signed on 1/7/2008. (JSJ, ) (Entered: 01/08/2008) |
| 01/08/2008 | ●113 | First Amended Complaint Filed by George L. Miller (Neff, Carl) Additional attachment(s) added on 1/8/2008 (JAF, ). (Entered: 01/08/2008) |
| 01/08/2008 | ●114 | Affidavit/Declaration of Service *of Order Granting Chapter 7 Trustee's Motion To Amend Complaint and Amended Complaint* (related document(s)113, 112 ) Filed by George L. Miller. (Neff, Carl) (Entered: 01/08/2008) |
| 01/09/2008 | ●115 | Notice of Service *of Discovery Responses* Filed by John C. Sercu (Harris, Donna) (Entered: 01/09/2008) |
| 01/11/2008 | ●116 | Notice of Service of Discovery *Notice of Filing Certificate of Merit as to Defendant Brian T. Licastro* Filed by George L. Miller (Neff, Carl) (Entered: 01/11/2008) |
| 01/15/2008 | ●117 | Notice of Service *of Notice of Deposition of John C. Sercu* Filed by |

| | | George L. Miller (Earle, Scott) (Entered: 01/15/2008) |
|---|---|---|
| 01/17/2008 | ●118 | **Minutes of Hearing held on: 01/17/2008** **Subject:** Motion for relief from stay and Pretrial Conference. (vCal Hearing ID (65074)). (related document(s) 89) (LJJ, ) (Entered: 01/17/2008) |
| 01/17/2008 | ●119 | Notice of Service *of Marc Roup's Responses to First Request for Production of Documents of Plaintiff George L. Miller, Chapter 7 Trustee* Filed by Marc Roup (Miller, Kathleen) (Entered: 01/17/2008) |
| 01/17/2008 | ●120 | Notice of Service *of Marc Roup's Responses to First Set of Interrogatories of Plaintiff George L. Miller, Chapter 7 Trustee* Filed by Marc Roup (Miller, Kathleen) (Entered: 01/17/2008) |
| 01/18/2008 | ●121 | Answer to Amended Complaint Filed by Richard E. McDonald (Attachments: # 1 Certificate of Service # 2 Service List)(Davis, Kathleen) (Entered: 01/18/2008) |
| 01/18/2008 | ●122 | Notice of Service of Discovery Filed by John W. Higbee (Caloway, Mary) (Entered: 01/18/2008) |
| 01/18/2008 | ●123 | Notice of Service of Discovery Filed by Frederick R. Jackson Sr. (Caloway, Mary) (Entered: 01/18/2008) |
| 01/24/2008 | ●124 | Motion to Appear pro hac vice *of Norman E. Greenspan and Evan H. Lechtman.* Receipt Number 150449, Filed by Brian T. Licastro. (Debaecke, Michael) (Entered: 01/24/2008) |
| 01/25/2008 | ●125 | Order Granting Motion for Admission pro hac vice of Norman E. Greenspan and Evan H. Lechtman. (Related Doc # 124) Order Signed on 1/24/2008. (LCN, ) (Entered: 01/25/2008) |
| 01/25/2008 | ●126 | Reply Brief *in Support of Motion to Dismiss Trustee's First Amended Complaint* (related document(s)89, 113 ) Filed by Brian T. Licastro. (Attachments: # 1 Certificate of Service) (Debaecke, Michael) (Entered: 01/25/2008) |
| 01/25/2008 | ●127 | Compendium*of Unreported Cases Cited in Defendant Brian T. Licastro's Reply Brief in Support of Motion to Dismiss Trustee's First Amended Complaint* (related document(s)126 ) Filed by Brian T. Licastro. (Attachments: # 1 Certificate of Service # 2 Tab A# 3 Tab B# 4 Tab C# 5 Tab D# 6 Tab E# 7 Tab F) (Debaecke, Michael) (Entered: 01/25/2008) |
| 01/30/2008 | ●128 | Request for Oral Argument Filed by George L. Miller. (Attachments: # 1 Certificate of Service) (Neff, Carl) (Entered: 01/30/2008) |

| 01/30/2008 | 129 | Notice of Service of Discovery *Plaintiff's Responses to Marc Roup's First Request for Production of Documents and First Set of Interrogatories* Filed by George L. Miller (Neff, Carl) (Entered: 01/30/2008) |
|---|---|---|
| 01/30/2008 | 130 | Notice of Completion of Briefing *[ADV.DKT.NO.98]* Filed by Brian T. Licastro Matter Under Advisement Due by 3/31/2008. (Attachments: # 1 Certificate of Service) (Debaecke, Michael) (Entered: 01/30/2008) |
| 01/31/2008 | 131 | Notice of Service *of Defendant Richard E. McDonald's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents* Filed by Richard E. McDonald (Davis, Kathleen) (Entered: 01/31/2008) |
| 02/04/2008 | 132 | Stipulation *and Tolling Agreement* Between George L. Miller and Bruce Hayden . Filed by George L. Miller. (Rennie, Sheldon) (Entered: 02/04/2008) |
| 02/22/2008 | 133 | Status Report Filed by George L. Miller. (Neff, Carl) (Entered: 02/22/2008) |
| 02/25/2008 | 134 | Answer to Complaint Filed by Deanna Seruga (Attachments: # 1 Certificate of Service Certificate of service)(McLaughlin, Lisa) (Entered: 02/25/2008) |
| 02/29/2008 | 135 | Answer to Amended Complaint *Answer to First Amended Complaint and Affirmative Defenses* Filed by Frederick R. Jackson Sr. (Attachments: # 1 Certificate of Service)(Caloway, Mary) (Entered: 02/29/2008) |
| 03/26/2008 | 136 | Notice of Service of Discovery *Re: 1) Responses and Objections to Plaintiff George L. Miller's First Set of Interrogatories and Request for Production of Documents and 2) Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories* Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 03/26/2008) |
| 04/03/2008 | 137 | Status Report Filed by George L. Miller. (Neff, Carl) (Entered: 04/03/2008) |
| 04/07/2008 | 138 | Notice of Address Change *and Firm Name* Filed by John C. Sercu. (Attachments: # 1 Certificate of Service) (Harris, Donna) (Entered: 04/07/2008) |
| 04/09/2008 | 139 | COURT'S MEMORANDUM OPINION DATED APRIL 9, 2008 WITH RESPECT TO DEFENDANT BRIAN T. LICASTRO'S MOTION TO DISMISS THE COMPLAINT (related document(s) |

| | | |
|---|---|---|
| | | 98 ) (Marvel, Ivone) Additional attachment(s) added on 6/4/2008 (Marvel, Ivone). (Entered: 04/09/2008) |
| 04/09/2008 | 🌑140 | ORDER DENYING DEFENDANT BRIAN T. LICASTRO'S MOTION TO DISMISS WITH RESPECT TO COUNTS I, II, III, IV, V, VII AND XIII AND GRANTING THE MOTION WITHOUT PREJUDICE WITH RESPECT TO COUNTS IX, X, XI, AND XII, PROVIDED THAT THE TRUSTEE SHALL HAVE 30 DAYS TO FILE AN AMENDED COMPLAINT IF HE CAN CORRECT THE DEFICIENCIES NOTED IN THE MEMORANDUM OPINION AS TO COUNTS IX, X, XI, AND XII (related document(s)98, 139 ) Order Signed on 4/9/2008. (Marvel, Ivone) (Entered: 04/09/2008) |
| 04/14/2008 | 🌑141 | Notice of Service of Discovery *Notice of Service of Expert Report* Filed by George L. Miller (Neff, Carl) (Entered: 04/14/2008) |
| 05/09/2008 | 🌑142 | Answer to Amended Complaint (related document(s)113 ) Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 05/09/2008) |
| 05/09/2008 | 🌑143 | Certification of Counsel *Regarding Settlement Agreement* Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Proposed Form of Order) (Neff, Carl) (Entered: 05/09/2008) |
| 05/12/2008 | 🌑144 | Order Approving Settlement Agreement (related document(s)143 ) Order Signed on 5/12/2008. (Attachments: # 1 Exhibit "A" Settlement Agreement and Lease) (JSJ, ) (Entered: 05/12/2008) |
| 05/13/2008 | | Internal Notation: Order approving settlement refers to only 3 of the defendants, case remains open (MEB, ) (Entered: 05/13/2008) |
| 05/13/2008 | 🌑145 | Defendant Licastro's Motion to Amend Scheduling Order Filed by Brian T. Licastro (Attachments: # 1 Exhibit A# 2 Amended Scheduling Order# 3 Certificate of Service) (Debaecke, Michael) Modified on 5/14/2008 (MEB, ). (Entered: 05/13/2008) |
| 05/19/2008 | 🌑146 | Notice of Service of Discovery Filed by George L. Miller (Neff, Carl) (Entered: 05/19/2008) |
| 05/20/2008 | 🌑147 | Response to *Defendant Brian T. Licastro's Motion to Amend Scheduling Order* (related document(s)145 ) Filed by George L. Miller (Attachments: # 1 Exhibit A# 2 Exhibit B) (Neff, Carl) (Entered: 05/20/2008) |
| 05/20/2008 | 🌑148 | Notice of Dismissal *(Voluntary)* as to Defendant Bruce Hayden Filed by George L. Miller (Neff, Carl) Additional attachment(s) added on 5/21/2008 (MEB, ). (Entered: 05/20/2008) |
| | | |

| 05/20/2008 | ●149 | Status Report *of Adversary Proceeding Case No. 07-51350* Filed by George L. Miller. (Neff, Carl) (Entered: 05/20/2008) |
|---|---|---|
| 05/20/2008 | ●150 | Notice of Hearing */Scheduling Conference Regarding Trial Dates* Filed by George L. Miller Hearing scheduled for 6/5/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Neff, Carl) (Entered: 05/20/2008) |
| 05/22/2008 | ●151 | Reply *of Brian T. Licastro in Support of Motion to Amend Scheduling Order* Filed by Brian T. Licastro (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Debaecke, Michael) (Entered: 05/22/2008) |
| 05/23/2008 | ●152 | Notice of Service of Discovery *of Rule 26(a) Initial Disclosures* Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 05/23/2008) |
| 05/23/2008 | ●153 | Notice of Hearing *Re-Notice of Scheduling Conference* Filed by George L. Miller Hearing scheduled for 6/19/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Neff, Carl) (Entered: 05/23/2008) |
| 05/27/2008 | | Deadlines terminated. (Marvel, Ivone) (Entered: 05/27/2008) |
| 05/28/2008 | ●154 | Notice of Completion of Briefing *Re: Adv. Dkt. No. 145* Filed by Brian T. Licastro Matter Under Advisement Due by 7/28/2008. (Attachments: # 1 Certificate of Service) (Debaecke, Michael) (Entered: 05/28/2008) |
| 06/03/2008 | ●155 | Notice of Agenda of Matters Scheduled for Hearing *Before The Honorable Peter J. Walsh* Filed by George L. Miller, Chapter 7 Trustee for World Health Alternatives, Inc., et al.. Hearing scheduled for 6/5/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Cornell, L.) (Entered: 06/03/2008) |
| 06/04/2008 | ●156 | Notice of Agenda of Matters Scheduled for Hearing *(Amended)* Filed by George L. Miller, Chapter 7 Trustee for World Health Alternatives, Inc., et al.. Hearing scheduled for 6/5/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Cornell, L.) (Entered: 06/04/2008) |
| 06/05/2008 | | Deadline(s) Set/Reset/Satisfied (related document(s)134, 121, 142, 135 ) (MEB, ) (Entered: 06/05/2008) |
| 06/05/2008 | ●157 | **Minutes of Hearing held on: 06/05/2008** **Subject:** Motion to amend scheduling order (vCal Hearing ID (72948)). (LJJ, ) Modified and Additional attachment(s) added on 6/6/2008 (LJJ, ). (Entered: 06/05/2008) |

| 06/05/2008 | ⬤158 | Notice of Service of Discovery *Notice of Service of Plaintiff's Supplemental Initial Disclosures* Filed by George L. Miller (Neff, Carl) (Entered: 06/05/2008) |
|---|---|---|
| 06/10/2008 | ⬤159 | Certification of Counsel *Regarding Amended Scheduling Order* Filed by George L. Miller. (Attachments: # 1 Exhibit A) (Neff, Carl) (Entered: 06/10/2008) |
| 06/11/2008 | ⬤160 | Notice of Service of Discovery Re: Defendant Brian T. Licastro's First Request for the Production of Documents Directed to the Plaintiff and Defendant Brian T. Licastro's First Set of Interrogatories Directed to Plaintiff Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 06/11/2008) |
| 06/11/2008 | ⬤161 | Notice of Service of Discovery *Re: Defendant Brian T. Licastro's First Request for the Production of Documents Directed to Each of His Codefendants and Defendant Brian T. Licastro's First Set of Interrogatories Directed to Each of His Codefendants* Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 06/11/2008) |
| 06/12/2008 | ⬤162 | Scheduling Order (AMENDED). Pretrial Conference set for 1/8/2009 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (related document(s)159 ) Signed on 6/11/2008. (LCN, ) (Entered: 06/12/2008) |
| 06/17/2008 | ⬤163 | Notice of Agenda of Matters Scheduled for Hearing Filed by George L. Miller. Hearing scheduled for 6/19/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Cornell, L.) (Entered: 06/17/2008) |
| 06/17/2008 | ⬤164 | Notice of Agenda of Matters Scheduled for Hearing *(AMENDED)* Filed by George L. Miller. Hearing scheduled for 6/19/2008 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Cornell, L.) (Entered: 06/17/2008) |
| 06/17/2008 | ⬤165 | Motion to Determine /// *Motion for Determination of Core and Non-Core Proceedings* Filed by Brian T. Licastro. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Debaecke, Michael) (Entered: 06/17/2008) |
| 06/17/2008 | ⬤166 | Opening Brief *in Support of Motion for Determination of Core and Non-Core Proceedings* Filed by Brian T. Licastro. (Attachments: # 1 Certificate of Service) (Debaecke, Michael) (Entered: 06/17/2008) |
| 06/17/2008 | ⬤167 | Motion for Withdrawal of Reference . Fee Amount $150. Filed by Brian T. Licastro. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Debaecke, Michael) (Entered: 06/17/2008) |

| 06/17/2008 | 🌑168 | Opening Brief *in Support of His Motion to Withdraw the Reference (Related Dkt. No. 167)* Filed by Brian T. Licastro. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Debaecke, Michael) (Entered: 06/17/2008) |
| --- | --- | --- |
| 06/18/2008 | 🌑169 | Motion to Appear pro hac vice *Regarding Erik Sobkiewicz*. Receipt Number 152357, Filed by Richard E. McDonald. (Dorsney, Kenneth) (Entered: 06/18/2008) |
| 06/18/2008 | 170 | Receipt of filing fee for Motion for Withdrawal of Reference (A)(07-51350-PJW) [motion,mwdrefad] ( 150.00). Receipt Number 77499, amount $ 150.00. (CLO) (Entered: 06/18/2008) |
| 06/18/2008 | 🌑171 | Motion to Withdraw as Attorney *Motion to Withdraw as Counsel* Filed by Frederick R. Jackson Sr.. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Caloway, Mary) (Entered: 06/18/2008) |
| 06/18/2008 | 🌑172 | Order Granting Motion for Admission pro hac vice of Erik Sobkiewicz. (Related Doc # 169) Order Signed on 6/18/2008. (LCN, ) (Entered: 06/18/2008) |
| 06/19/2008 | 🌑173 | Affidavit/Declaration of Service (related document(s)153, 150 ) Filed by George L. Miller. (Neff, Carl) (Entered: 06/19/2008) |
| 06/19/2008 | 🌑174 | **Minutes of Hearing held on: 06/19/2008** **Subject:** Scheduling conference (vCal Hearing ID (72829)). (LJJ, ) Additional attachment(s) added on 6/19/2008 (LJJ, ). (Entered: 06/19/2008) |
| 06/20/2008 | 🌑175 | Order Granting Motion To Withdraw as Counsel. (Related Doc # 171) Order Signed on 6/19/2008. (LCN, ) (Entered: 06/20/2008) |
| 06/26/2008 | 🌑176 | Notice of Withdrawal *of Request for Trial by Jury* Filed by George L. Miller (Neff, Carl) (Entered: 06/26/2008) |
| 06/27/2008 | 🌑177 | Status Report *for Adversary Proceedings before the Honorable Peter J. Walsh* Filed by George L. Miller. (Niederman, Seth) (Entered: 06/27/2008) |
| 07/01/2008 | 🌑178 | Reply Brief *in Opposition to Motions to Withdraw the Reference and to Determine Core and Non-Core Proceedings* (related document(s) 167, 165 ) Filed by George L. Miller. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Neff, Carl) (Entered: 07/01/2008) |
| 07/02/2008 | 🌑179 | Status Report Filed by George L. Miller. (Neff, Carl) (Entered: 07/02/2008) |

| 07/08/2008 | ●180 | Reply *in Support of Motion for Determination of Core and Non-Core Proceedings* (related document(s)178 ) Filed by Brian T. Licastro (Debaecke, Michael) (Entered: 07/08/2008) |
| 07/08/2008 | ●181 | Reply *Brief in Support of His Motion to Withdraw the Reference* (related document(s)178 ) Filed by Brian T. Licastro (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Debaecke, Michael) (Entered: 07/08/2008) |
| 07/08/2008 | ●182 | Notice of Service *DEFENDANT RICHARD E. MCDONALD'S RESPONSES TO DEFENDANT BRIAN T. LICASTRO'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH OF HIS CODEFENDANTS and DEFENDANT RICHARD E. MCDONALD'S ANSWERS TO BRIAN T. LICASTRO'S FIRST SET OF INTERROGATORIES DIRECTED TO EACH OF HIS CODEFENDANTS* Filed by Richard E. McDonald (Attachments: # 1 Certificate of Service) (Dorsney, Kenneth) (Entered: 07/08/2008) |
| 07/14/2008 | ●183 | Notice of Completion of Briefing Filed by Brian T. Licastro Matter Under Advisement Due by 9/15/2008. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit A to Exhibit C# 5 Exhibit D# 6 Certificate of Service) (Debaecke, Michael) (Entered: 07/14/2008) |
| 07/16/2008 | ●184 | Notice of Service *Defendant Deana Seruga's Notice of Services of her Answers to Defendant Brian T. Licastro's First Set of Interrogatories and First Set of Requests for Production* Filed by Deanna Seruga (McLaughlin, Lisa) (Entered: 07/16/2008) |
| 07/21/2008 | ●185 | COURT'S LETTER RULING DATED JULY 21, 2008 WITH RESPECT TO DEFENDANT BRIAN T. LICASTRO'S MOTION FOR DETERMINATION OF CORE AND NON-CORE PROCEEDINGS (related document(s)165 ) (Marvel, Ivone) (Entered: 07/21/2008) |
| 07/23/2008 | ●186 | Certification of Counsel Filed by Marc Roup. (Attachments: # 1 Exhibit A through F# 2 Proposed Form of Order Exhibit G# 3 Certificate of Service) (Miller, Kathleen) (Entered: 07/23/2008) |
| 07/29/2008 | ●187 | Order Dismissing Marc Roup, John C. Sercu and John W. Higbee. (related document(s)186 ) Order Signed on 7/29/2008. (LCN, ) (Entered: 07/29/2008) |
| 07/30/2008 | ●188 | Transmittal Of Motion to Withdraw the Reference to United States District Court for the District of Delaware (related document(s)181, 178, 168, 167 ) (MEB, ) (Entered: 07/30/2008) |