## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| WORLD HEALTH ALTERNATIVES, ) | Case No. 06-10166 (PJW) |
| INC., et al., ) | (Jointly Administered) |
| ) | Adv. No. 07-51350 |
| ) | |
| Debtors. ) | |
| ) | |
| GEORGE L. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 08-473-SLR |
| ) | |
| BRIAN T. LICASTRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this $\partial^{1\gamma\gamma}$ day of August 2008, having reviewed defendant's

motion to withdraw the reference pursuant to 28 U.S.C. § 157(d);

IT IS ORDERED that said motion (D.I. 1) is denied without prejudice to renew

when the case is ready for trial. More specifically, the bankruptcy judge assigned to this

adversary proceeding shall manage the discovery process and any motion practice. A

renewed motion for withdrawal of the reference will be considered only when the parties

(through stipulation) or the bankruptcy judge (through a decision) identify the genuine

issues of material fact which should be tried to a jury.

Sue F. Robinson

United States District Judge